## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | Cr. No. C-04-153 |
| § | |
| ESTANISLAO FLORES, § | |
| Defendant. § | |

### ORDER DENYING MOTION TO WITHDRAW

On July 28, 2008, the Clerk received from Defendant Estanislao Flores ("Flores") a motion in which he requests permission to "withdraw" a previous motion he filed with the Court. (D.E. 21.) Although it is not clear, he appears to be referring to his Motion to Correct Sentence, which was received by the Clerk on July 10, 2008, and which the Court denied by order signed and entered July 18, 2008. (D.E. 19, 20.) He asks that the earlier motion not be considered by the Court and be stricken from the record. Because the motion he seeks to withdraw has already been ruled upon, Flores' motion to withdraw (D.E. 21) is DENIED. Flores also requests forms for submitting a motion pursuant to 28 U.S.C. § 2255, however, and that request is GRANTED. The Clerk is directed to provide blank § 2255 forms to Flores. The Court reaches no conclusions herein as to the timeliness or merits of any future § 2255 motion Flores may file.

It is so ORDERED this 8th day of August, 2008.

_____
Janis Graham Jack
United States District Judge

1