IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-153(1) |
| | § | C.A. No. C-08-281 |
| ESTANISLAO FLORES, | § | |
|     Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Estanislao Flores' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 30th day of September, 2008.

_____
Janis Graham Jack
United States District Judge